No. 97–8707.  BRINCAT v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 97–8709.  BLACKMON v. POINDEXTER, WARDEN, ET AL. C. A. 6th Cir.  Certiorari denied.

No. 97–8718.  LUMAN v. DORSEY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 97–8801.  EISENHAUER v. MASSACHUSETTS BAR COUNSEL. Sup. Jud. Ct. Mass.  Certiorari denied.

No. 97–8818.  BLAIR v. THOMPSON, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 97–8822.  VALENZUELA RODRIGUEZ v. MARSHALL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 97–8846.  PIZZO v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 97–8856.  TYLER v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 97–8869.  DAVIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–8881.  MITCHELL v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 97–8891.  DISMUKE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–8894.  FLUDD v. MILLER, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 97–8899.  BLAIS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–8907.  DELOACH v. GENERAL DYNAMICS CORP.  C. A. 5th Cir.  Certiorari denied.